UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     v.<br><br>ALVARO MARTINEZ JR.,<br><br>                  Defendant. | CASE NO. 1:26-MJ-00047<br><br>ORDER UNSEALING VIOLATION OF SUPERVISED RELEASE PETITON |

Good cause due to the defendant; pending appearance and initial appearance on the violation of supervised release petition in the Eastern District of California, it is hereby ordered that the violation petition against Defendant Alvaro Martinez Jr. in the above-captioned case be unsealed.

DATED:  **Apr 30, 2026**

_____
HON. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE